UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVER JASON SHINGLER, | ) | CIVIL ACTION NO. 4:20-CV-1344 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI, | ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner denying Oliver Jason Shingler's application for benefits is AFFIRMED;

(2) Final Judgment will be issued pursuant to Fed. R. Civ. P. 58 in favor of the Commissioner by separate order; and

(3) The Clerk of Court is DIRECTED to close this case.

Date: January 28, 2022                    BY THE COURT

                                          *s/William I. Arbuckle*
                                          William I. Arbuckle
                                          U.S. Magistrate Judge